Jacquelyn Reaves

PO Box 93

Pelham, North Carolina 27311

Jacquelyn.Reaves@gmail.com

(201) 647-9971

March 28th, 2022



Mitchell H. Cohen Building

& U.S. Courthouse

4th & Cooper Streets

Camden, New Jersey 08101

Dear Sir, and/or Madame,

Enclosed you will find my civil complaint along with my application for in forma pauperis.

Kindly, contact me with any questions.

Respectfully,

Jacquelyn Reaves