AO 240A (Rev.03/10; ≠NJ 06/15; NJ 10/21) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>       Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, IT IS ORDERED the application is:

☐   GRANTED, and

☐   The clerk is ordered to file the complaint.

☐   IT IS FURTHER ORDERED, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s). All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

☐   IT IS FURTHER ORDERED, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of $400 within 14 days from the date of this order to reopen the case without further action from the Court.

ENTERED this         day of         ,         s:_____
                                                                 Signature of Judicial Officer

                                                                 _____
                                                                 Name and Title of Judicial Officer