Jacquelyn Reaves

PO Box 93

Pelham, North Carolina 27311

April 6th, 2022

Clerk of Court Clarkson S. Fisher Building & Courthouse

402 East State Street

Trenton, New Jersey 08608

Re:     Civil Action No. 22-cv-01782 (PGS)

Dear Clerk(s),

Enclosed the Amended complaint related to the complaint captioned above to be filed electronically.

I initially mailed in the Amended complaint on April 4th, 2022, with a $402 money order, however the package was misplaced through the United States Postal Service.

Because of this, please discard the money order (if or) when received, since I intend to cover the filing costs directly through the finance department.

Furthermore, I request all complaints and summons be served through the United States Marshall pursuant to Rule 4(c)(3).

Cordially,

*Jacquelyn Reaves*

Jacquelyn Reaves

UNITED STATES
POSTAL SERVICE

**POSTAL MONEY ORDER**

Serial Number

Year, Month, Day
2022-04-04

Post Office
273110

U.S. Dollars and Cents

27939151427

$402.00

Four Hundred Two Dollars and 00/100 ***********

Amount

Pay to United States District Court Trenton

Clerk

Address 402 E. State Street

From J. Reaves

Trenton, NJ 08608

Address PO Box 93

Memo Killing + admin fee

Pelham, NC 27311

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000008002⑈ 2793915142 7⑈