Jacquelyn Reaves

PO Box 93

Pelham, North Carolina 27311


April 11th, 2022


Clerk of Court Clarkson S. Fisher Building & Courthouse

402 East State Street

Trenton, New Jersey 08608

Re:     Civil Action No. 22-cv-01782 (PGS)

Dear Clerk(s),

Enclosed are the summonses to be issued to effectuate service on the defendants.


Cordially,

*Jacquelyn Reaves* (signature)
Jacquelyn Reaves