AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▾

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Wood Johnson University Hospital
110 Rehill Avenue
Somerville, New Jersey 08876

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____04/11/2022_____        _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

District of Trenton New Jersey   [▼]

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )   Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Monmouth University
The Great Hall at Shadow Lane (f/k/a Wilson Hall)
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   04/11/2022

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | ) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

Civil Action No. 3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nina Anderson
The Great Hall at Shadow Lane (f/k/a Wilson Hall), Room 304
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      04/11/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey      ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charlene Diana
The Great Hall at Shadow Lane (f/k/a Wilson Hall), Room 304
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        04/11/2022                                   _____

                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Trenton New Jersey ▼

| | |
|---|---|
| Jacquelyn Reaves ) | |
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al ) | |
| _____ ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Anne Nagy
The Student Center, Room 207
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____04/11/2022_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Trenton New Jersey   ▾

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____04/11/2022_____         _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Trenton New Jersey ▼

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Geller
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/11/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey   ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Virginia Kinneman
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   04/11/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves<br>*Plaintiff*<br>v.<br>Monmouth University, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anthony Trachta
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     04/11/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey        ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| _____ | ) |
| Monmouth University, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dale Rafaniello
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____04/11/2022_____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amina Chowdhury
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/11/2022  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Joanne Jodry
Monmouth University Graduate Center
185 NJ-36, Building C, Room 106
West Long Branch, New Jersey 07764


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date:  _____04/11/2022_____    _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey  ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    George Kapalka
Monmouth University Graduate Center
185 NJ-36, Building C
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  04/11/2022

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Trenton New Jersey ▾

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Neptune City Police Department
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____04/11/2022_____                    _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey   ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Monmouth University, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Vollbrecht
Neptune City Police Department
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____04/11/2022_____          _____
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Keith Mitchell
Neptune City Police Department
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:          04/11/2022          _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Edward Kirschenbaum
Neptune City Police Department
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      04/11/2022                                    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey       ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jim McCallum
Robert Wood Johnson University Hospital
110 Rehill Avenue
Somerville, New Jersey 08876

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:       04/11/2022                                    _____
                                                          _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Trenton New Jersey   ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Monmouth University, et al | ) |
| _Defendant_ | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Robert Cavella
Robert Wood Johnson University Hospital
110 Rehill Avenue
Somerville, New Jersey 08876

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:       04/11/2022                                    _____
                                                          Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey   ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Katie Ozolins
500 N. Bridge Street
Bridgewater Township, New Jersey 08807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:       04/11/2022                                    _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Trenton New Jersey    ▼

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Trenton Psych
100 Sullivan Way
Trenton, New Jersey 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____04/11/2022_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Trenton New Jersey   ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Monmouth University, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patrick Ervilus
Trenton Psych
100 Sullivan Way
Trenton, New Jersey 08618


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  _____04/11/2022_____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Trenton New Jersey  ⏷

| | |
|---|---|
| Jacquelyn Reaves | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| _____ | ) |
| Monmouth University, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Monmouth University Police
382 Cedar Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/11/2022_____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William McElrath
Monmouth University Police
382 Cedar Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/11/2022 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

District of Trenton New Jersey    [▼]

| | | |
|---|---|---|
| Jacquelyn Reaves | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeff Layton
Monmouth University Police
382 Cedar Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/11/2022_____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▾

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  3:22-cv-01782(PGS)(RLS) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grey Dimenna
25 Clinton Street
Lambertville, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/11/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Trenton New Jersey ▼

| | |
|---|---|
| Jacquelyn Reaves | ) |
| *Plaintiff* | ) |
| v. | ) |
| Monmouth University, et al | ) |
| *Defendant* | ) |

Civil Action No.  3:22-cv-01782(PGS)(RLS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Franca Mancini
672 Buttonwood Lane
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      04/11/2022

_____
*Signature of Clerk or Deputy Clerk*