## Hunterdon County Sheriff's Office
## PROOF OF PROCESS SERVICE

Service # 1 of 1 Services

Docket # 3:22-CV-01782-PGS-RLS

Plaintiff    JACQUELYN REAVES

Sheriff's # 22000093

Defendant  GREY DIMENNA

Person/Corporation to Serve
**GREY DIMENNA**
25 CLINTON STREET
CITY OF LAMBERTVILLE, NJ 08530

Papers Served
SUMMONS IN A CIVIL CASE, RETURN OF
SERVICE, COMPLAINT, TRIAL BY JURY
DEMAND (MEDICAL/PROFESSIONAL
MALPRACTICE/CRIMINAL MISCONDUCT),
PRAYER FOR RELIEF

SUMMONS & COMPLAINT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

I, FREDERICK W. BROWN, SHERIFF OF HUNTERDON COUNTY DO HEREBY DEPUTIZE AND APPOINT JESSE
CVECICH, A DULY SWORN OFFICER, TO EXECUTE AND RETURN THE DOCUMENTS ACCORDING TO LAW.
WITNESS BY HAND AND SEAL

Frederick W. Brown
Hunterdon County Sheriff

Date of Action 4/21/2022

Time of Action 1:19 PM

Comments/Notes:

Delivered To: NANCY KAPLEN

Attempts

Person/Corporation Served GREY DIMENNA
25 CLINTON STREET, CITY OF LAMBERTVILLE, NJ 08530

Relationship: WIFE OF GREY DIMENNA

TYPE OF SERVICE: HOUSEHOLD MEMBER SERVICE
RACE: CAUCASIAN SEX: FEMALE HEIGHT: 5'2" WEIGHT: 115 EYES: BLUE HAIR: BLONDE AGE: 69 MILITARY: NO

I, JESSE CVECICH, WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

S/O JESSE CVECICH

SWORN AND SUBSCRIBED TO BEFORE ME
THIS  21ST  DAY OF April  20 22

WENDY S. HAYTH
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/2/2022

JACQUELYN REAVES
PO BOX 93
PELHAM, NC 27311

Sheriff Fees

$28.00

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Grey Dimenna
25 Clinton Street
Lambertville, New Jersey 08530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON 2022–04–11 16:30:12, Clerk
USDC NJD

IC SHERIFF'S OFFICE
APR 18 '22 PM 12:01

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*