Jacquelyn Reaves

PO Box 93

Pelham, North Carolina 27311

April 28th, 2022

Clerk of Court Clarkson S. Fisher Building & Courthouse

402 East State Street

Trenton, New Jersey 08608

Re:   Civil Action No. 22-cv-01782 (PGS)(RLS)

Dear Clerk(s),

Enclosed is proof of process service related to the case captioned above on Defendant Grey Dimenna, in accordance to Fed. R. Civil. P 4(c)(2).

Please process and file accordingly.

Cordially,

*Jacquelyn Reaves*

Jacquelyn Reaves