# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JACQUELYN REAVES,
*Plaintiff*

V.

MONMOUTH UNIVERSITY, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:22-CV-01782-PGS-RLS

TO: *(Name and address of Defendant):*

Patrick Ervilus
Trenton Psych
100 Sullivan Way
Trenton, New Jersey 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2022-04-11 16:30:12, Clerk
USDC NJD

# Office of the Mercer County Sheriff
## Sheriff's Return of Service



**JOHN A. KEMLER**
**SHERIFF**



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-7666/6369
FAX: (609) 278-8041

**22001265**

UNDERSHERIFFS
PEDRO MEDINA
JASON SALVATORE
ROBERT JAMES

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
CHRISTOPHER KENYON

CHIEF WARRANT OFFICER
BRIAN D. AMANTIA

PLAINTIFF: JACQUELYN REAVES

COUNTY:

DEFENDANT: MONMOUTH UNIVERSITY, TRENTON PSYCHIATRIC HOSPITAL, PATRICK ERVILUS, ET ALS.

DOCKET #: 3:22-CV-01782-PGS-RLS

I SERVED THE FOLLOWING PAPERS: **SUMMONS & COMPLAINT** ON THE WITHIN-NAMED DEFENDANT IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | SERVED | NOT SERVED DATE/TIME | DATE | TIME | ADDRESS | SERVICE INFO |
|---|---|---|---|---|---|---|
| PATRICK ERVILUS TRENTON PSYCHIATRIC HOSPITAL | A | | 4-21-22 | 1145 | 101 SULLIVAN WAY TRENTON, NJ 08628 | |

STATE OF NEW JERSEY
COUNTY OF MERCER
I, JOHN A. KEMLER, SHERIFF of said County do hereby deputize and appoint

_Rich Samonski_

to be my deputy, to execute and return the writ according to law.
Witness my hand and seal this
_21_ day of _April_,
A.D. 2022.

* Type of Service
A  Personal Service
B  Household member over the age of 14 years, at usual place of abode
C  Served person authorized to accept service/Managing agent
D  Unable to locate, unknown at address given
E  Address Out of County
F  Avoiding service, made many attempts
G  Affixed
H  Certified Mail
I  Other

**JOHN A. KEMLER**
Sheriff (L.S.)

Sheriff's Fee $44.75

JOHN A. KEMLER, SHERIFF, by

_Rich Samski_
Special Deputy