# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

> Robert Wood Johnson University Hospital
> 110 Rehill Avenue
> Somerville, New Jersey 08876

2022 APR 21  A 8: 47

SHERIFF'S OFFICE
SOMERSET COUNTY, NJ
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jacquelyn Reaves
> PO Box 93
> Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON **2022−04−11 16:30:12**, Clerk
USDC NJD

# REPORT OF PROCESS SERVICES

SHERIFF'S NO.   165 A

I, Darrin J. Russo, Sheriff of Somerset County, Do Hearby Authorize a Duly Sworn Sheriff's Officer,
To Execute and Return the Documents According to Law.

Darrin J. Russo, Sheriff

Witness My Hand and Seal, This Day Of          Thursday, April 21, 2022

By _____
Undersheriff

Sheriff's Fees:          $77.92

| Defendant's Name/Address | Date Served | Type * | Person Served other than Defendant |
|---|---|---|---|
| ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL 110 REHILL AVENUE SOMERVILLE | 4/25/22 / Time Served 1050 | | Debra Franic / Position Security |

Type of Service Provided:          **SUMMONS**
Service Type Description:          **COMPLAINT**

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Officer # ZO | Status ATT | Officer # | Status | Officer # | Status |
| Date 4/22/22 | Time 1355 | Date | Time | Date | Time |

Type Of Service:
A. Personal Service
B. Household Member Over Age 14,  At Usual Place of Abode.
C. Served Corporation's Registered Agent (Give Name/Authorized Position).
D. Unable To Serve At This Address.
E. Out Of State.
F. Other (Specify) --------------------------------------------------------------
I Served The Within Documents, And/Or A true Copy Thereof.

Officer Notes:          *Accepting for hospital

Docket Number:   3:22CV01782
Plaintiff Name:   **JACQUELYN REAVES**

S/O Name Print:   M. Russo          OP #: ZO

S/O Signature: _____

**Sheriff's Officer**
Tel. (908-231-7140)

Attorney Name and Address

| # SERV: | Out Of State: | Age: | Skin: |
|---|---|---|---|
| | | Sex: | Hair: |
| | | Weight: | Military Service: |
| | | Height: | |

JACQUELYN REAVES
PO BOX 93
PELHAM          NC   27311

ORIGINAL-TRENTON

*LISA BRON*
NOTARY PUBLIC
1ST-SHERIFF'S COPY NEW JERSEY
MY COMMISSION EXPIRES 07/09/25

2ND-ATTORNEY'S COPY
4/26/2022

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.              **SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Jim McCallum
Robert Wood Johnson University Hospital
110 Rehill Avenue
Somerville, New Jersey 08876

2022 APR 21  A 8: 49

SHERIFF'S OFFICE
SOMERSET COUNTY, NJ
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

# REPORT OF PROCESS SERVICES    SHERIFF'S NO.    165 C

I, Darrin J. Russo, Sheriff of Somerset County, Do Hearby Authorize a Duly Sworn Sheriff's Officer,
To Execute and Return the Documents According to Law.

Darrin J. Russo, Sheriff

Witness My Hand and Seal, This Day Of          Thursday, April 21, 2022

By _____

**Undersheriff**

Sheriff's Fees:          $0.00

| Defendant's Name/Address | Date Served | Type * | Person Served other than Defendant |
|---|---|---|---|
| MCCALLUM, JAMES ROBERT WOOD JOHNSON UNIVERSITY<br>110 REHILL AVENUE<br>SOMERVILLE | 4/25/22 | F | Debra Frank |
| | **Time Served**<br>1050 | | **Position**<br>Security |

Type of Service Provided:      **SUMMONS**
Service Type Description:       **COMPLAINT**

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Officer # | Status | Officer # | Status | Officer # | Status |
| Date | Time | Date | Time | Date | Time |

Type Of Service:
   A. Personal Service
   B. Household Member Over Age 14,  At Usual Place of Abode.
   C. Served Corporation's Registered Agent (Give Name/Authorized Position).
   D. Unable To Serve At This Address.
   E. Out Of State.
   F. Other (Specify) --------------------------------------------------------
   I Served The Within Documents, And/Or A true Copy Thereof.

Officer Notes:      Accepting for hospital

Docket Number:   3:22CV01782                      S/O Name Print: M D Russ          OP # 70

Plaintiff Name:   **JACQUELYN REAVES**              S/O Signature: _____

**Sheriff's Officer**
Tel. (908-231-7140)

| | Out Of State: | Age: | Skin: |
|---|---|---|---|
| # SERV | | Sex: | Hair: |
| | | Weight: | Military Service: |
| | | Height: | |

Attorney Name and Address

**JACQUELYN REAVES**
PO BOX 93
PELHAM          NC   27311

LISA BRON
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 07/09/25

ORIGINAL-TRENTON          1ST-SHERIFF'S COPY          2ND-ATTORNEY'S COPY

4/26/2022

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

> Robert Cavella
> Robert Wood Johnson University Hospital
> 110 Rehill Avenue
> Somerville, New Jersey 08876

2022 APR 21  A 8: 48
SHERIFF'S OFFICE
SOMERSET COUNTY, NJ
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jacquelyn Reaves
> PO Box 93
> Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

# REPORT OF PROGRESS SERVICES          SHERIFF'S NO.          1663

I, Darrin J. Russo, Sheriff of Somerset County, Do Hearby Authorize a Duly Sworn Sheriff's Officer,
To Execute and Return the Documents According to Law.

Darrin J. Russo, Sheriff

Witness My Hand and Seal, This Day Of          **Thursday, April 21, 2022**

By _____

Sheriff's Fees:          $0.00          **Undersheriff**

| Defendant's Name/Address | Date Served | Type * | Person Served other than Defendant |
|---|---|---|---|
| CAVELLA, ROBERT ROBERT WOOD JOHNSON UNIVERSITY | 4/25/22 | F | Debra Franie |
| 110 REHILL AVENUE SOMERVILLE | Time Served 10:20 | | Position: Security |

Type of Service Provided:          **SUMMONS**
Service Type Description:          **COMPLAINT**

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Officer # | Status | Officer # | Status | Officer # | Status |
| Date | Time | Date | Time | Date | Time |

Type Of Service:          A. Personal Service
                         B. Household Member Over Age 14, At Usual Place of Abode.
                         C. Served Corporation's Registered Agent (Give Name/Authorized Position).
                         D. Unable To Serve At This Address.
                         E. Out Of State.
                         F. Other (Specify) -------------------------------------------------------
                         I Served The Within Documents, And/Or A true Copy Thereof.

Officer Notes:          * Accepts for hospital

Docket Number:          3:22CV01782          S/O Name Print: M. Pelrose     OP # 20
Plaintiff Name:          **JACQUELYN REAVES**

                                              S/O Signature:

                                              **Sheriff's Officer**
                                              **Tel. (908-231-7140)**

Attorney Name and Address          # SERV:          Out Of State:     Age:          Skin:
**JACQUELYN REAVES**                                                  Sex:          Hair:
**PO BOX 93**                       Lisa Bron                          Weight:        Military Service:
**PELHAM          NC   27311**      NOTARY PUBLIC                      Height:
                                    STATE OF NEW JERSEY
ORIGINAL-TRENTON          MY COMMISSION EXPIRES 07/09/25
                          1ST-SHERIFF'S COPY          2ND-ATTORNEY'S COPY
                                                        4/26/2022

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

## SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON **2022−04−11 16:30:12,** Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number:
22000682

# AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Rahmin Ghaffari, and appoint him/her to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct)**.

*Shaun Golden*

## SERVICE INFORMATION

On 4/25/2022 at 10:05 AM at 300 2nd Avenue Long Branch, NJ 07740 , deponent served the within on **Monmouth Medical Center**, the defendant named therein, in the following manner:

## CORPORATION

By delivering to and leaving with **Wendy Lane** the Risk Management Coordinator Authorized to Accept service for Monmouth Medical Center a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $125.28

Attorney Name: Jacquelyn Reaves PO Box 93 Pelham, NC 27311

*Rahmin Ghaffari*

Rahmin Ghaffari          66-217
Deputy Sheriff          Badge Number

Case 3:22-cv-01782-PGS-RLS  Document 7  Filed 04/11/22  Page 1 of 2 PageID: 107

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **3:22-CV-01782-PGS-RLS**

TO: *(Name and address of Defendant):*

Matthew Geller
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON **2022-04-11 16:30:12**, Clerk
USDC NJD

### Monmouth County Sheriff's Office
### Shaun Golden, Sheriff
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves |
| vs. |
| Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Rahmin Ghaffari, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

## SERVICE INFORMATION

On 4/25/2022 at 10:05 AM at Monmouth Medical Center 300 2nd Ave Long Branch, NJ 07740 , deponent served the within on *Matthew Geller*, the defendant named therein, in the following manner:

## ALTERNATE PERSON SERVED

By delivering to and leaving with *Wendy Lane* the Risk Management Coordinator authorized to accept service for Matthew Geller a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $125.28

Attorney Name: ,

_____  217

Rahmin Ghaffari          66-217
Deputy Sheriff           Badge Number

Print Date: 4/26/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Virginia Kinneman
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101   FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves |
| vs. |
| Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Rahmin Ghaffari, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/25/2022 at 10:05 AM at Monmouth Medical Center 300 2nd Ave Long Branch, NJ 07740, deponent served the within on *Virginia Kinneman*, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with *Wendy Lane* the Risk Management Coordinator authorized to accept service for Virginia Kinneman a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $125.28

Attorney Name: ,

Rahmin Ghaffari
Deputy Sheriff

66-217
Badge Number

Print Date: 4/26/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Amina Chowdhury
Monmouth Medical Center
300 2nd Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12**, Clerk
USDC NJD

### Monmouth County Sheriff's Office
### Shaun Golden, Sheriff
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Rahmin Ghaffari, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/25/2022 at 10:05 AM at Monmouth Medical Center 300 2nd Ave Long Branch, NJ 07740 , deponent served the within on *Amina Chowdhury*, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with *Wendy Lane* Risk Management Coordinator accepting service for *Amina Chowdhury* a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $125.28

Attorney Name: ,

Print Date: 4/26/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

Rahmin Ghaffari
Deputy Sheriff

66-217
Badge Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

> Edward Kirschenbaum
> Neptune City Police
> 106 W. Sylvania Avenue
> Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jacquelyn Reaves
> PO Box 93
> Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Edward  Maksym, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/20/2022 at 11:00 AM at 106 West Sylvania Avenue Neptune City, NJ 07753, deponent served the within on **Edward Kirschenbaum**, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with **_P.O. Van Brunt C._** Authorized to Accept service for Edward Kirschenbaum a true copy thereof, a person over the age of fourteen. Said address was the business address of the defendant.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: ,

Edward  Maksym
Deputy Sheriff                                    Badge Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Neptune City Police
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves<br><br>vs.<br><br>Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Edward  Maksym, and appoint him/her to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/20/2022 at 11:00 AM at 106 West Sylvania Avenue Neptune City, NJ 07753 , deponent served the within on *Neptune City Police*, the defendant named therein, in the following manner:

### CORPORATION

By delivering to and leaving with *P.O. Van Brunt C.* Authorized to Accept for Neptune City Police a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: Jacquelyn Reaves PO Box 93 Pelham, NC 27311

*Edward Maksym*
Edward  Maksym
Deputy Sheriff                                    Badge Number

©SoftCode, Inc. - NJ_Monmouth_CSMonAffidavit

Print Date: 4/21/2022

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL CASE

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Michael Vollbrecht
Neptune City Police
106 W. Sylvania Avenue
Neptune City, New Jersey 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12,** Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Edward  Maksym, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/20/2022 at 11:00 AM at 106 West Sylvania Avenue Neptune City, NJ 07753 , deponent served the within on **Michael Vollbrecht**, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with ***P.O. Van Brunt C.*** Authorized to Accept service for Michael Vollbrecht a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: ,

*Edward Maksym*
Edward  Maksym
Deputy Sheriff                          Badge Number

Print Date: 4/21/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Joanne Jodry
Monmouth University Graduate Center
185 NJ-36, Building C, Room 106
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12**, Clerk
USDC NJD

## Monmouth County Sheriff's Office
### Shaun Golden, Sheriff
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

# AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves |
| vs. |
| Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Rahmin Ghaffari, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct)**.

*Shaun Golden*

## SERVICE INFORMATION

On 4/25/2022 at 10:58 AM at Monmouth University Graduate Center 185 NJ-36, Building C, Room 106 West Long Branch, NJ 07764 , deponent served the within on *Joanne Jodry*, the defendant named therein, in the following manner:

## ALTERNATE PERSON SERVED

By delivering to and leaving with *Peggy Rappoccio* the secretary authorized to accept service for Joanne Jodry a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $37.12

Attorney Name: ,

Rahmin Ghaffari
Deputy Sheriff

66-217
Badge Number

Print Date: 4/26/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Monmouth University Police
382 Cedar Avenue
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/19/2022 at 10:00 AM at 382 Cedar Avenue Long Branch, NJ 07740 , deponent served the within on *Monmouth University Police*, the defendant named therein, in the following manner:

### CORPORATION

By delivering to and leaving with *Tracy Carrette* Authorized to Accept service for Monmouth University Police a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $53.76

Attorney Name: Jacquelyn Reaves PO Box 93 Pelham, NC 27311

*B. Guinan*

Bernard Guinan
Deputy Sheriff

48-02
Badge Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Monmouth University
The Great Hall at Shadow Lane (f/k/a Wilson Hall)
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ  07728
(732) 431-6400 ext 1101  FAX (732) 294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves<br><br>vs.<br><br>Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/19/2022 at 10:30 AM at The Great Hall at Shadow Lane 400 Cedar Ave (f/k/a Wilson Hall) West Long Branch, NJ 07764 , deponent served the within on *Monmouth University*, the defendant named therein, in the following manner:

### CORPORATION

By delivering to and leaving with *Debra Byrnes* the Gen. Counsel's Office accepted service for Monmouth University   a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: Jacquelyn Reaves PO Box 93 Pelham, NC 27311

*B. Guinan*
_____
Bernard Guinan
Deputy Sheriff

48-02
Badge Number

©SoftCode, Inc. - NJ_Monmouth_CSMonAffidavit
Print Date: 4/21/2022

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

## SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Nina Anderson
Monmouth University
The Great Hall at Shadow Lane (f/k/a Wilson Hall), Room 304
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves |
| vs. |
| Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/19/2022 at 10:30 AM at The Great Hall at Shadow Lane Monmouth University 400 Cedar Ave (f/k/a Wilson Hall), Room 304 West Long Branch, NJ 07764 , deponent served the within on **Nina Anderson**, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with *Debra Byrnes* Authorized to Accept service for Nina Anderson  a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: ,

*Bernard Guinan*

Bernard Guinan
Deputy Sheriff

48-02
Badge Number

Print Date: 4/21/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22–CV–01782–PGS–RLS**

TO: *(Name and address of Defendant):*

Charlene Diana
Monmouth University
The Great Hall at Shadow Lane (f/k/a Wilson Hall), Room 304
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022–04–11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

# AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct)**.

*Shaun Golden*

## SERVICE INFORMATION

On 4/19/2022 at 10:30 AM at The Great Hall at Shadow Lane Monmouth University 400 Cedar Ave (f/k/a Wilson Hall), Room 304 West Long Branch, NJ 07764, deponent served the within on **Charlene Diana**, the defendant named therein, in the following manner:

## ALTERNATE PERSON SERVED

By delivering to and leaving with **Debra Byrnes** Authorized to Accept service for Charlene Diana a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $53.12

Attorney Name: ,

*B. Guinan*

Print Date: 4/21/2022

©SoftCode, Inc. - NJ_Monmouth_ASMonAffidavit

Bernard Guinan
Deputy Sheriff

48-02
Badge Number

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*
Franca Mancini
672 Buttonwood Lane
Long Branch, New Jersey 07740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

| |
|---|
| Jacquelyn Reaves |
| vs. |
| Monmouth University, Et Al., |

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct)**.

*Shaun Golden*

### SERVICE INFORMATION

On 4/22/2022 at 10:45 AM at 672 Buttonwood Lane Long Branch, NJ 07740 , deponent served the within on *Franca Mancini*, the defendant named therein, in the following manner:

### PERSONAL SERVICE

By delivering to and leaving with *Franca Mancini* personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Deputy Notes:

Fees Received from Attorney: $21.76

Attorney Name: ,

*B. Guinan*

Bernard Guinan
Deputy Sheriff

48-02
Badge Number

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE
NUMBER: **3:22−CV−01782−PGS−RLS**

TO: *(Name and address of Defendant):*

Mary Anne Nagy
Monmouth University
Student Center, Room 207
400 Cedar Avenue
West Long Branch, New Jersey 07764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jacquelyn Reaves
> PO Box 93
> Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2022−04−11 16:30:12**, Clerk
USDC NJD

## Monmouth County Sheriff's Office
### Shaun Golden, Sheriff
2500 Kozloski Road, Freehold, NJ 07728
732-431-6400 ext 1101  FAX 732-294-5965

Sheriff's File Number:
22000682

## AFFIDAVIT OF SERVICE

Court Docket #: **322CV01782PGSRLS**

Jacquelyn Reaves

vs.

Monmouth University, Et Al.,

United States District Court
District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Michael Haines, and appoint him to be my Deputy to execute and return the within **Summons in a Civil Case & Complaint Trial By Jury Demand (Medical/Professional Malpractice/Criminal Misconduct).**

*Shaun Golden*

### SERVICE INFORMATION

On 4/25/2022 at 10:37 AM at Monmouth University 400 Cedar Avenue Student Center, Room 207 West Long Branch, NJ 07764 , deponent served the within on *Mary Anne Nagy*, the defendant named therein, in the following manner:

### ALTERNATE PERSON SERVED

By delivering to and leaving with *Janet Dustman* the secretary authorized to accept service for Mary Anne Nagy a true copy thereof, a person over the age of fourteen. Said address was the work address of the defendant.

Deputy Notes:

Fees Received from Attorney: $16.00

Attorney Name: ,

*Michael Haines*

Print Date: 4/26/2022

©SoftCode, Inc. • NJ_Monmouth_ASMonAffidavit

Michael Haines
Deputy Sheriff

66-225
Badge Number