# Office of the Mercer County Sheriff
## Sheriff's Return of Service

RE:
MAY 04 2022
AT 8:30
WILLIAM T. WALSH, CLERK





**MERCER COUNTY CIVIL COURT HOUSE**
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-7666/6369
FAX: (609) 278-8041

**JOHN A. KEMLER**
**SHERIFF**

**22001265**

**UNDERSHERIFFS**
PEDRO MEDINA
JASON SALVATORE
ROBERT JAMES

**ASSISTANT TO THE SHERIFF**
CATHLEEN G. GARTON

**CHIEF SHERIFF'S OFFICER**
CHRISTOPHER KENYON

**CHIEF WARRANT OFFICER**
BRIAN D. AMANTIA

| | | |
|---|---|---|
| PLAINTIFF | JACQUELYN REAVES | COUNTY: UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| DEFENDANT | MONMOUTH UNIVERSITY, TRENTON PSYCHIATRIC HOSPITAL, PATRICK ERVILUS, ET ALS. | DOCKET # 3:22-CV-01782-PGS-RLS |

I SERVED THE FOLLOWING PAPERS: **SUMMONS & COMPLAINT** ON THE WITHIN-NAMED DEFENDANT IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | SERVED | NOT SERVED DATE/TIME | DATE | TIME | ADDRESS | SERVICE INFO |
|---|---|---|---|---|---|---|
| PATRICK ERVILUS<br><br>TRENTON PSYCHIATRIC HOSPITAL | A | | 4-21-22 | 1145 | 101 SULLIVAN WAY<br>TRENTON, NJ 08628 | |

STATE OF NEW JERSEY
COUNTY OF MERCER
I, JOHN A. KEMLER, SHERIFF of said County do hereby deputize and appoint

R. SANONSKI

to be my deputy, to execute and return the writ according to law.

Witness my hand and seal this

21 day of APRIL

A.D. 2022.

\* Type of Service
A   Personal Service
B   Household member over the age of 14 years, at usual place of abode
C   Served person authorized to accept service/Managing agent
D   Unable to locate, unknown at address given
E   Address Out of County
F   Avoiding service, made many attempts
G   Affixed
H   Certified Mail
I   Other

**JOHN A. KEMLER**
Sheriff (L.S.)

Sheriff's Fee $44.75

JOHN A. KEMLER, SHERIFF, by

R. ch SANONSKI

Special Deputy

# Office of the Mercer County Sheriff
## Sheriff's Return of Service



**JOHN A. KEMLER**
**SHERIFF**



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-7666/6369
FAX: (609) 278-8041

**22001265**

**UNDERSHERIFFS**
PEDRO MEDINA
JASON SALVATORE
ROBERT JAMES

**ASSISTANT TO THE SHERIFF**
CATHLEEN G. GARTON

**CHIEF SHERIFF'S OFFICER**
CHRISTOPHER KENYON

**CHIEF WARRANT OFFICER**
BRIAN D. AMANTIA

| | | |
|---|---|---|
| **PLAINTIFF** | JACQUELYN REAVES | **COUNTY:** UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| **DEFENDANT** | MONMOUTH UNIVERSITY, TRENTON PSYCHIATRIC HOSPITAL, PATRICK ERVILUS, ET ALS. | **DOCKET #** 3:22-CV-01782-PGS-RLS |

I SERVED THE FOLLOWING PAPERS: **SUMMONS & COMPLAINT** ON THE WITHIN-NAMED DEFENDANT IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | SERVED | NOT SERVED DATE/TIME | DATE | TIME | ADDRESS | SERVICE INFO |
|---|---|---|---|---|---|---|
| TRENTON PSYCHIATRIC HOSPITAL | C | | 4-21-22 | 1130 | 101 SULLIVAN WAY TRENTON, NJ 08628 | VENISHA FORCHION |

STATE OF NEW JERSEY
COUNTY OF MERCER
I, JOHN A. KEMLER, SHERIFF
of said County do hereby
deputize and appoint

_Richard Samonski_

to be my deputy, to execute and
return the writ according to law.

Witness my hand and seal this

___21___ day of _April_,
A.D. 2022.

\* Type of Service
A  Personal Service
B  Household member over the age of 14 years, at usual place of abode
Ⓒ  Served person authorized to accept service/Managing agent
D  Unable to locate, unknown at address given
E  Address Out of County
F  Avoiding service, made many attempts
G  Affixed
H  Certified Mail
I  Other

**JOHN A. KEMLER**
Sheriff (L.S.)

JOHN A. KEMLER, SHERIFF, by

_____
Special Deputy

Sheriff's Fee  $44.75

**OFFICE OF THE SHERIFF**
MERCER COUNTY COURT HOUSE
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068

**JOHN A. KEMLER, SHERIFF**

TRENTON NJ 085
3 MAY 2022 PM 6




US POSTAGE
ZIP 08611
02 4W
0000377443
$ 000.53

RECEIVED
MAY 0 4 2022
AT 8:30_____ M
WILLIAM T WALSH
CLERK

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

08608-150020

Case 3:22-cv-01782-PGS-RLS   Document 7   Filed 04/11/22   Page 1 of 2 PageID: 107

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE NUMBER: **3:22-CV-01782-PGS-RLS**

TO: *(Name and address of Defendant):*
Trenton Psych
100 Sullivan Way
Trenton, New Jersey 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2022-04-11 16:30:12, Clerk
USDC NJD

Case 3:22-cv-01782-PGS-RLS   Document 7   Filed 04/11/22   Page 1 of 2 PageID: 107

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES.**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE NUMBER: **3:22-CV-01782-PGS-RLS**

TO: *(Name and address of Defendant).*

    Patrick Ervilus
    Trenton Psych
    100 Sullivan Way
    Trenton, New Jersey 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jacquelyn Reaves
    PO Box 93
    Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON **2022-04-11 16:30:12**, Clerk
USDC NJD