McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
Attorneys for Monmouth University, Joanne Jodry,
Grey Dimmena, Nina Anderson, Charlene Diana,
Maryanne Nagy, Franca Mancini, Monmouth University Police and
William McElrath

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELYN REAVES<br><br>Plaintiff,<br><br>v.<br><br>MONMOUTH UNIVERSITY, JOANNE JODRY, GEORGE KAPALKA, GREY DIMMENA, NINA ANDERSON, CHARLENE DIANA, MARYANNE NAGY, FRANCA MANCINI, NEPTUNE CITY POLICE, KEITH MITCHELL, MICHAEL VOLBRECHT, EDWARD KIRSCHENBAUM, MONMOUTH UNIVERSITY POLICE, JEFF LAYTON, WILLIAM MCELRATH, MONMOUTH MEDICAL CENTER, DALE RAFINELLO, ANTHONY TRACHTA, AMINA CHOWDHURY, MATTHEW GELLER, VIRGINIA KINNEMAN, JACKLYN SANTIAGO, TRENTON PSYCHIATRIC HOSPITAL, PATRICK ERVILUS, ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, JAMES MCCALLUM, ROBERT CAVELLA, and KATIE OZOLINS,<br><br>Defendants. | Civil Action No.<br>3:22-cv-01782-PGS-RLS<br><br>**Filed Electronically Via ECF**<br><br>**NOTICE OF APPEARANCE** |

**CIVIL ACTION – NOTICE OF APPEARANCE**

John Peirano, Esq., hereby enters his appearance as counsel for Defendants, Monmouth University, Joanne Jodry, Grey Dimmena, Nina Anderson, Charlene Diana, Maryanne Nagy,

Franca Mancini, Monmouth University Police, and William McElrath. I certify that I am an attorney at law admitted to practice before this Court and am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Dated: May 9, 2022

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendants, Attorneys for Monmouth University, Joanne Jodry, Grey Dimmena, Nina Anderson, Charlene Diana, Maryanne Nagy, Franca Mancini, Monmouth University Police, and William McElrath

By: _____ /s/ *John Peirano* _____
        John Peirano