McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
Attorneys for Monmouth University, Joanne Jodry,
Grey Dimmena, Nina Anderson, Charlene Diana,
Maryanne Nagy, Franca Mancini,
Monmouth University Police, and William McElrath

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELYN REAVES,<br><br>Plaintiff,<br><br>v.<br><br>MONMOUTH UNIVERSITY, JOANNE JODRY, GEORGE KAPALKA, GREY DIMMENA, NINA ANDERSON, CHARLENE DIANA, MARYANNE NAGY, FRANCA MANCINI, NEPTUNE CITY POLICE, KEITH MITCHELL, MICHAEL VOLBRECHT, EDWARD KIRSCHENBAUM, MONMOUTH UNIVERSITY POLICE, JEFF LAYTON, WILLIAM MCELRATH, MONMOUTH MEDICAL CENTER, DALE RAFINELLO, ANTHONY TRACHTA, AMINA CHOWDHURY, MATTHEW GELLER, VIRGINIA KINNEMAN, JACKLYN SANTIAGO, TRENTON PSYCHIATRIC HOSPITAL, PATRICK ERVILUS, ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL, JAMES MCCALLUM, ROBERT CAVELLA, and KATIE OZOLINS,<br><br>Defendants. | Civil Action No.<br>3:22-cv-01782-PGS-RLS<br><br>**Filed Electronically Via ECF**<br><br>**Request for Extension of Time by Clerk Pursuant to Local Civil Rule 6.1(b)** |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.1(b), Defendants Monmouth University, Joanne Jodry, Grey Dimmena, Nina Anderson, Charlene Diana, Maryanne Nagy, Franca Mancini, William McElrath, and Monmouth University Police ("requesting Defendants") request a Clerk's Order to extend the time for them to answer, move,

or otherwise reply to the Complaint filed by Plaintiff Jacquelyn Reaves. These requesting Defendants represents that:

1. They have not obtained a prior extension to respond to the Complaint;

2. Their time to answer, move or otherwise respond to the Complaint expires on or after May 10, 2022; and

3. The granting of this application will extend the time within which the requesting Defendants may answer, move, or otherwise respond to the Complaint, to May 24, 2022.

Dated: May 9, 2022

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Attorneys for Defendants Monmouth University, Joanne Jodry, Grey Dimmena, Nina Anderson, Charlene Diana, Maryanne Nagy, Franca Mancini, Monmouth University Police, and William McElrath

By: /s/ Vimal K. Shah
Vimal K. Shah, Esquire

**ORDER**

The above application is **ORDERED GRANTED**.

ORDER DATED _____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk

4611032