Jacquelyn Reaves

PO Box 93

Pelham, North Carolina 27311

Jacquelyn.Reaves@gmail.com

(201)647-9971 (c)

*Pro Se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF TRENTON NEW JERSEY

| | |
|---|---|
| JACQUELYN REAVES<br>             Plaintiff,<br><br>             -against-<br><br>MONMOUTH UNIVERSITY<br>JOANNE JODRY<br>GEORGE KAPALKA<br>GREY DIMMENA<br>NINA ANDERSON<br>CHARLENE DIANA<br>MARYANNE NAGY<br>FRANCA MANCINI<br>NEPTUNE CITY POLICE<br>KEITH MITCHELL<br>MICHAEL VOLBRECHT<br>EDWARD KIRSCHENBAUM<br>MONMOUTH UNIVERSITY POLICE<br>JEFF LAYTON<br>WILLIAM MCELRATH<br>MONMOUTH MEDICAL CENTER<br>DALE RAFINELLO;<br>ANTHONY TRACHTA;<br>AMINA CHOWDHURY;<br>MATTHEW GELLER;<br>VIRGINIA KINNEMAN;<br>JACQUELINE SOBOTI;<br>TRENTON PSYCHIATRIC HOSPITAL;<br>PATRICK ERVILUS;<br>ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL; | Case Action No. 22-cv-01782<br><br><br>**Plaintiff's Opposition to Notice of Appearance of John Peirano, Vimal Shah, and McElroy, Deutsch, Mulvany&Carpenter, LLP** |

| JAMES MCCALLUM; ROBERT CAVELLA; KATIE OZOLINS; Defendant(s) | |
|---|---|

I, Jacquelyn Reaves, certify and hereby oppose Vimal Shah, John Peirano, and McElroy, Deutsch, Mulvaney&Carpenter, LLP, to appear and represent Defendant(s) Monmouth University, Joanne Jodry, Grey Dimenna, Nina Anderson, Charlene Diana, Maryanne Nagy, Franca Mancini, Monmouth University Police, and William McElrath.

John Peirano is aware of this matter, and he has threatened me in the past all of which escalated in several calculated assaults and hate crimes against me.

Melanie Lipomanis, their former colleague at the same firm, was also complicit in this case, and I may have to provide the Court notice in the future to amend the complaint to also add John, Melanie, and McElroy, Deutsch, Mulvaney&Carpenter, as defendants, upon return of service of process of the summons and complaint on the current defendants.

Respectfully submitted,

*Jacquelyn Reaves*
Jacquelyn Reaves

# EXHIBIT A

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

Jacquelyn Reaves, *pro se*
Page 5

    Please be advised that if Plaintiff fails to withdraw the pleading against Dr. Fico within the time set forth above, we will pursue all available avenues of recourse on her behalf, including monetary sanctions and costs and attorneys' fees, if available.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

John J. Peirano

2424146_1