# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JACQUELYN REAVES,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MONMOUTH UNIVERSITY, ET AL.,**
*Defendant*

CASE NUMBER: 3:22-CV-01782-PGS-RLS

TO: *(Name and address of Defendant):*

Katie Ozolins
Richard Hall Community Mental Health
500 N. Bridge Street
Bridgewater, New Jersey 08807



SHERIFF'S OFFICE SOMERSET COUNTY, NJ RECEIVED 2022 APR 21 A 8:19

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacquelyn Reaves
PO Box 93
Pelham, North Carolina 27311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK

ISSUED ON 2022-04-11 16:30:12, Clerk
USDC NJD

# REPORT OF PROCESS SERVICES

**SHERIFF'S NO.** 179

I, Darrin J. Russo, Sheriff of Somerset County, Do Hearby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

Darrin J. Russo, Sheriff

Witness My Hand and Seal, This Day Of   Monday, May 02, 2022

By _____ Undersheriff

**Sheriff's Fees:** $0.00

| Defendant's Name/Address | Date Served | Type * | Person Served other than Defendant |
|---|---|---|---|
| OZOLINS, KATIE<br>94 EAST SPRING ST<br>SOMERVILLE | 5/4/22<br>Time Served<br>0930 | A | Position |

**Type of Service Provided:** SUMMONS
**Service Type Description:** COMPLAINT

| Attempt | | Attempt | | Attempt | |
|---|---|---|---|---|---|
| Officer # 20 | Status ATT | Officer # | Status | Officer # | Status |
| Date 5/3/22 | Time 1535 | Date | Time | Date | Time |

**Type Of Service:**
- (A.) Personal Service
- B. Household Member Over Age 14, At Usual Place of Abode.
- C. Served Corporation's Registered Agent (Give Name/Authorized Position).
- D. Unable To Serve At This Address.
- E. Out Of State.
- F. Other (Specify) ----------
- I Served The Within Documents, And/Or A true Copy Thereof.

**Officer Notes:**

**Docket Number:** 3:22CV01782
**Plaintiff Name:** JACQUELYN REAVES

S/O Name Print: M. DeGross   OP #: 20
S/O Signature: _____

Sheriff's Officer
Tel. (908) 231-7140

# SERV: ____   Out Of State: ____
Age: approx 40   Skin: LT
Sex: F   Hair: BRN
Weight: 130   Military Service: N/A
Height: 5'9"

**Attorney Name and Address**
JACQUELYN REAVES
PO BOX 93
PELHAM   NC   27311

ORIGINAL-TRENTON   1ST-SHERIFF'S COPY   2ND-ATTORNEY'S COPY

LISA BRON
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 07/09/23

5/5/2022

###### ****** AFFIDAVIT OF SERVICE ******

MAY 2, 2022

==========================================================================================
SHERIFF'S NUMBER:   L 293022      Defendant Sequence  1 of 1        Officer:  CHARLES B CASTLE
Type of Service:   **SUMMONS AND COMPLAINT**
==========================================================================================

I, MILDRED S. SCOTT, Sheriff of MIDDLESEX COUNTY, do hereby deputize

_____ CHARLES CASTLE _____
(Print Officer's Name)

and appoint to be my deputy, to execute and return the writ to court as directed by law.

=============== ATTORNEY ==============================  | CHECK #                 AMOUNT
JACQUELYN REAVES (PRO SE)                                | 28031651638         $   25.92
P.O. BOX 93                                              | Control : # 845504
                                                         |
PELHAM, NC 27311                                         |

================================ COURT DATA ================================INUNEZ
                                                                    Return Date
Court of Issuance  UNTIED STATES DISTRICT COURT
Docket  22CV01782        State  NJ       County of Venue  DISTRICT OF NJ
================================CAPTION OF CASE ================================
JACQUELYN REAVES
VS    MONMOUTH UNIVERSITY, ET AL
================================DEFENDANT OR NAMED WITHIN TO BE SERVED ================================
INDIVIDUAL NAME                    WILLIAM  MCELRATH
                                   109 STONY ROAD
                                   EDISON, NJ 08817
================================ PAPERS SERVED ================================
SUMMONS IN A CIVIL CASE and COMPLAINT

================================ SERVICE DATA RECORDED ================================
[ ✓ ] Served Successfully        [  ] Unable to Serve      Date: 5/4/22
                                                           Time:

REMARKS

|                | [ ✓ ] Personally                                  | [  ] On Officer, Director or Trustee |             |
|----------------|---------------------------------------------------|---------------------------------------|-------------|
|                | [  ] On Competent Household Member                | [  ] On Managing Agent                | ATTEMPTS [ ]|
| Copy/Copies    | Over The Age of 14 Years                          | [  ] On Registered Agent              |             |
| Served         | [  ] Personally Served on Self and for Spouse     | [  ] On Other                         |             |

PERSON SERVED:  WILLIAM MCELRATH
                [  ] Defendant Is in the Military     [  ] Defendant Not in the Military

Sex :    [ ] Male      [ ] Female
Skin :   [ ] White    [ ] Black    [ ] Yellow    [ ] Brown    [ ] Red
Height:  [ ] Under 5 Feet   [ ] 5.0-5.6 Feet   [ ] 5.7-6.0 Feet   [ ] Over 6 Feet
Weight:  [ ] Under 100 lbs  [ ] 100-150 lbs    [ ] 151-200 lbs    [ ] Over 200 lbs
Hair :   [ ] Black    [ ] Brown    [ ] Blond    [ ] Gray    [ ] Red    [ ] White    [ ] Balding
Age :    [ ] 14-20    [ ] 21-35    [ ] 36-50    [ ] 51-65    [ ] Over 65

                                                                    Signature
                                                        Deputy Sheriff of MIDDLESEX COUNTY
                                                                 State of New Jersey